1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10   ERICK MICHAEL DRAKE,              Case No. 2:23-cv-10251-JWH (RAO)

11                 Petitioner,

12        v.                          **ORDER ACCEPTING FINDINGS,
                                      CONCLUSIONS, AND**
13   WARDEN PHILLUP,                  **RECOMMENDATIONS OF
                                      UNITED STATES MAGISTRATE**
14                 Respondent.        **JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's September 6, 2024, Report and Recommendation ("Report").  The deadline for filing objections to the Report has passed and no objections have been received.  Accordingly, the Court hereby **ORDERS** as follows:

1.      The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.      The Petition is **DENIED**.

3.      Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: December 30, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE