JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK MICHAEL DRAKE, | Case No. 2:23-cv-10251 JWH (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN PHILLUP, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition is **DENIED**.
2. This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: December 30, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE